## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**09    6023**

Ryan Anthony Devine

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Primecure Medical Inc.

_____

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name Ryan Anthony Devine

ID # 49394

Current Institution Chester County Prison

Address 501 South Wawaset Road

West Chester Pa 19382

*Rev. 10/2009*

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 2    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 3    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 4    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

Defendant No. 5    Name _____ Shield #_____

Where Currently Employed _____

Address _____

_____

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _____
Chester county Prison

B.    Where in the institution did the events giving rise to your claim(s) occur? _____
Medical Department

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
october 26, 2009 1pm

| What happened to you? |

**D.    Facts:** I saw a doctor about my pain ~~that was~~ in my pelvic area. I explained to her how i broke off a chunk of bone on the left side of my pelvic area. She then asked me what had happened to the chunk of bone that broke off. I told her that the doctors told me it would disintegrate as i got older when it first happened to me. She then asked me to stand up and move my leg around to see if i have full range of motion in my left leg. Which i do but it hurts all day everyday. Then she had seen i abused pain killers on the street. When she asked why i told her because i didn't have insurance and the emergency room bills are expensive. She told me that all of this was hard to believe and wanted my medical records so i signed a release so the medical department could obtain them on Oct 26th. It's been 6 weeks since then and still no response. Since no progress has been made with the medical staff i immediately tried to obtain a grievance from Director Jack Healy but have been ignored. And to this day I'm still going through pain daily without any medication

| Who did what? |

| Was anyone else involved? |

| Who also saw what happened? |

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __√__ No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____ Chester County Prison _____
_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __√__ No _____ Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____ No _____ Do Not Know __√__

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____ No __√__

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No __√__

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

   1.    Which claim(s) in this complaint did you grieve? _____
_____

   2.    What was the result, if any? _____
_____

   3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____
_____
_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____ _____
Because i had no response from the persons i have written to file the grievance process

2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: I've informed the Director of inmate services Jack Healy. The Deputy warden Mr. Phillips. And The warden Ed McFadden with no response from any of them. I tried to file sgrievances on Oct. 24th, Nov.18th, Nov 22nd, Nov.25th, and Dec 1st

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I've written many request slips to all the above for a grievance form to file against the medical department since October 24th 2009 with no response at all. Since i was ignored at all levels. I had no chance to even exercise my administrative remedies.

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I'd like an investigation on why they treat the inmates like they do. I'd like $300,000 for pain and suffering, emotional distress, and cruel and unusual punishments. Also for being left in a state of severe pain and discomfort and for any future injury and/or medical expenses incurred as a result of the neglect. Also in the investigation i'd like the structure of the medical care provided for the inmates at Chester County prison

thoroughly looked into. Now i've been here since August 29th 2009 and been trying to be properly assessed and put on proper pain medication but there has been no progress made to this day December 13th 2009

VI.    **Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

> On these claims

Yes _____ No __✓__

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?    Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**On other claims**

C.    Have you filed other lawsuits in state or federal court?

Yes ____ No __✓__

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____
_____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes ____ No ____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 13th day of December _____, 2009.

Signature of Plaintiff _Ryan Anthony Devine_

Inmate Number _49394_

Institution Address _501 South Wawaset Road_
_West Chester Pa. 19382_
_____
_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 13th day of December, 20 09, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: *Ryan Anthony Devine*