IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN ANTHONY DEVINE,

    Plaintiff,

v.

PRIMECARE MEDICAL, INC.,

    Defendant.

Civil No. 09-6023

## ORDER

AND NOW, this 19th day of July, 2010, upon consideration of Defendant Primecare Medical, Inc.'s Motion to Dismiss (Doc. No. 10), and the factual averments in Plaintiff's Complaint (Doc. No. 3), it is ORDERED as follows:

1. Defendant's Motion to Dismiss (Doc. No. 10) is GRANTED;

2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE;

3. The Clerk of Court shall close this case statistically.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.